1  ANDREW H. FULLER, State Bar No. 51832
   afuller@thorntonmostullaw.com
2  THORNTON MOSTUL FULLER, PLLC
   1000 2nd Avenue, Suite 3200
3  Seattle, WA 98104
   Telephone:    (206) 621-0600
4

   Attorneys for Plaintiff
5  CHARLES C. MACK

6

7  VINCENT CASTILLO, State Bar No. 209298
   vcastillo@cmtrlaw.com
   ALEXEI N. OFFILL-KLEIN, State Bar No. 288448
8  aklein@cmtrlaw.com
   CASTILLO, MORIARTY, TRAN & ROBINSON LLP
9  75 Southgate Avenue
   Daly City, CA  94015
10 Telephone:    (415) 213-4098

11 Attorneys for Defendant
   UNION PACIFIC RAILROAD COMPANY
12

13

JS-6

14                    UNITED STATES DISTRICT COURT

15                   CENTRAL DISTRICT OF CALIFORNIA

16

17 CHARLES C. MACK,                    Case No. 2:22-cv-07100-MRW

18              Plaintiff,              [PROPOSED] ORDER RE: STIPULATION
                                        FOR DISMISSAL
19       v.

20 UNION PACIFIC RAILROAD
   COMPANY,
21
                Defendants.
22

23

24

25

26

27

28

# [PROPOSED] ORDER

Based upon the stipulation of Plaintiff Charles Mack and Defendant Union Pacific Railroad Company, the Court hereby orders the dismissal of the entire action with prejudice, with each side to bear its own costs and fees.

**IT IS SO ORDERED.**

DATED: 4/29/2024

By: _____
Hon. Michael R. Wilner
UNITED STATES MAGISTRATE JUDGE

CASTILLO MORIARTY TRAN & ROBINSON LLP
75 Southgate Ave
Daly City, CA 94015

1

[PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL
CASE NO. 2:22-CV-07100-MRW